# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 3038 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 78 DB 2023 |
| | : | |
| v. | : | Attorney Registration No. 79692 |
| | : | |
| | : | (Allegheny County) |
| SHELLEY L. FANT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of April, 2024, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Shelley L. Fant is suspended on consent from the Bar of this Commonwealth for a period of three years. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).